IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:04CV00183 |
| CIRCUIT CITY STORES, INC., | ) ) | |
| Defendant. | ) ) | |

ORDER

Plaintiff Equal Employment Opportunity Commission filed this case against Defendant Circuit City Stores, Inc. ("Circuit City") arising out of the employment relationship between Mr. Olujimi Moses and Defendant. The case is now before the Court on Defendant's Motion for Summary Judgment [Doc. #33]. For the reasons set forth in a contemporaneously filed Memorandum Opinion, Defendant's Motion for Summary Judgment is DENIED.

This the day of June 21, 2005

      /s/ N. Carlton Tilley, Jr.
      United States District Judge